*E-Filed 9/2/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE M. HONESTO, | No. 5:09-CV-03350-RS |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION REQUESTING SERVICE OF PROCESS BY UNITED STATES MARSHAL'S SERVICE |
| v. | |
| STATE OF CALIFORNIA and ARNOLD A. SCHWARTZENEGGER, | |
| Defendants. | |

THIS MATTER is before the Court on a motion filed by plaintiff Grace M. Honesto on August 7, 2009. Plaintiff, who is *pro se*, opened the instant case with a "statement of facts" on July 21, 2009, which the Court construes as a complaint. The complaint challenges the constitutionality of unspecified provisions of California state law, as well as the actions of various attorneys and state officials who handled plaintiff's son's first degree murder conviction and subsequent habeas proceedings.

In the instant motion, plaintiff requests the Court to order the United States Marshals Service to serve the complaint upon the defendants, as well as a number of other officials who are not named as defendants, including assorted state court judges, attorneys general, district attorneys, prison officials, and former governors. In support of her motion plaintiff states that she wishes to "promote

ORDER DENYING WITHOUT PREJUDICE MOTION REQUESTING SERVICE OF PROCESS
CASE NO. 5:09-CV-03350-RS

1  judicial economy and prevent unduly [sic] delays for the process due to the fact Plaintiff does not
2  know the addresses for propper [sic] service on named Defendant's [sic] herein."

3      Federal Rule of Civil Procedure 4(c)(3) provides as follows:  "At the plaintiff's request, the
4  court may order that service [of the complaint and summons] be made by a United States Marshal or
5  deputy marshal or by a person specially appointed by the court."  As the language of the rule
6  indicates, such an order is purely in the Court's discretion. *Ovalle v. Fresno Bee Newspapers*, 2009
7  WL 398094 at *1 (C.D. Cal. Feb. 13, 2009).  The Advisory Committee Notes to Rule 4 provide
8  examples of situations where the Court should exercise its discretion in the plaintiff's favor.  For
9  instance, appointment is generally proper where a law enforcement presence appears to be necessary
10  or advisable to keep the peace, or in actions brought by the United States.  Fed. R. Civ. P. 4 advisory
11  committee's note to 1993 amendment.

12      In this case, however, any such service by the United States Marshals Service would be
13  premature, as plaintiff has not yet submitted a summons for the Court to issue.  Federal Rule of Civil
14  Procedure 4(a) explains the necessary contents of a valid summons, and Form 3 in the Appendix to
15  the Rules provides the necessary summons form.  Finally, Rule 4(b) describes the necessary
16  procedures whereby a plaintiff may prepare a summons and present it to the Court for issuance.  As
17  plaintiff has not yet complied with these procedures, the Court will deny her motion for service of
18  process without prejudice.  Once these procedures have been completed, she may renew her motion
19  for service.

20      Plaintiff is also cautioned that a failure to find out the addresses of the defendants named in
21  her complaint will not, on its own, constitute a valid basis for a motion for service under Rule 4.
22  Should she wish to renew her motion for service after completing the procedures for issuance of
23  summons, she will need to make a more complete showing of why service at taxpayer expense is
24  necessary and proper.

25      IT IS SO ORDERED.
26  Dated:       9/2/09
27                  RICHARD SEEBORG
                 United States Magistrate Judge
28

**United States District Court**
For the Northern District of California

ORDER DENYING WITHOUT PREJUDICE MOTION REQUESTING SERVICE OF PROCESS
CASE NO. 5:09-CV-03350-RS                            2

1 **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2 Grace M Honesto
11010 Orleans River Court
3 Rancho Cordova, CA 95670

4
DATED:   9/2/09
5
                                                                 /s/ Chambers Staff
6                                         Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

ORDER DENYING WITHOUT PREJUDICE MOTION REQUESTING SERVICE OF PROCESS
CASE NO. 5:09-CV-03350-RS            3